SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
YASIN M. ALMADANI
Assistant United States Attorney
California Bar Number 242798
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6968
    Facsimile: (213) 894-7177
    E-mail: Yasin.Almadani@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>          v.<br><br>$3,168,400.00 IN U.S. CURRENCY, $489,900.00 IN U.S. CURRENCY FROM A SAFE DEPOSIT BOX AT WILSHIRE STATE BANK, $200,000.00 IN U.S. CURRENCY FROM A SAFE DEPOSIT BOX AT BANK OF AMERICA, $138,401.14 IN BANK FUNDS FROM WILSHIRE STATE BANK, 72 GOLD BARS, AND 184 ASSORTED COINS,<br><br>              Defendants. | No. CV 17-05766 -JEM<br><br>**WARRANT** |

TO: UNITED STATES MARSHAL SERVICE, LOS ANGELES, CALIFORNIA:

A complaint having been filed in this action, IT IS ORDERED that you seize the defendants, $3,168,400.00 in U.S. Currency, $489,900.00 in U.S. Currency From a Safe Deposit Box at Wilshire State Bank, $200,000.00 in U.S. Currency From a Safe Deposit Box at Bank of America, $138,401.14 in Bank Funds From Wilshire State Bank, 72 Gold Bars, and 184 Assorted Coins and cause the same to be detained in your custody, or in the custody of Substitute Custodian, until further notice of the Court, and that you give due notice to all interested persons that they must file their Claims and Answers with the Clerk of this Court within the time allowed by law.

    YOU ARE FURTHER ORDERED to file this process in this Court with your return promptly after execution.

DATED:   8/4/2017 _____

                                  KIRY K. GRAY
                                  CLERK OF COURT

                                  Deputy Clerk