IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 17-5766-JEM |
| ) | |
| $3,168,400.00 IN U.S. CURRENCY, ET ) | |
| AL. ) | |
| ) | |
| Defendant. ) | |

DECLARATION OF PUBLICATION

Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on August 14, 2017, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1, which consists of a copy of the notice on the www.forfeiture.gov website, and as evidenced by Attachment 2, the Advertisement Certification Report, which documents that the notice was posted on the www.forfeiture.gov website for at least 18 hours a day for the required 30 consecutive days.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 13, 2017, at Los Angeles, CA.

_____
Ricardo Reyes
Records Examiner

Attachment 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
## COURT CASE NUMBER: CV 17-5766; NOTICE OF FORFEITURE ACTION

Pursuant to 21 U.S.C. § 881 and 18 U.S.C. § 981, the United States filed a verified Complaint for Forfeiture against the following property:

$3,168,400.00 U.S. Currency (16-DEA-618624) which was seized from Gail Choi on November 03, 2015 at ███████████████████████████ located in Los Angeles, CA

$200,000.00 U.S. Currency, Safe Deposit Box F9425, Bank of America (16-DEA-618625) which was seized from Gail Choi on November 04, 2015 at Bank of America, 3442 Wilshire Boulevard, located in Los Angeles, CA

Wilshire State Bank, Account #XXX3696, VL: $138,401.14 (16-DEA-618627) which was seized from Gail Choi on November 04, 2015 at Wilshire State Bank, 3200 Wilshire Boulevard, located in Los Angeles, CA

$489,900.00 U.S. Currency in Safe Deposit Box 423, Wilshire State Bank (16-DEA-618628) which was seized from Gail Choi on November 04, 2015 at Wilshire State Bank, 3200 Wilshire Boulevard, located in Los Angeles, CA

(72) Gold Bars and (184) Assorted Coins, VL: $134,322.00 (16-DEA-618630), including the following items: 72 Credit Suisse 1 troy oz. 999.9 fine gold bars, Ser No: Unknown; 20 U.S. 2013 American Eagle 1 troy oz. $50.00 gold coins, Ser No: Unknown; 4 U.S. 2001 American Eagle 1 troy oz. $50.00 gold coins, Ser No: Unknown; 5 U.S. 2010 American Eagle 1 troy oz. $50.00 gold coins, Ser No: Unknown; 2 U.S. 2008 American Eagle 1 troy oz. $50.00 gold coins, Ser No: Unknown; 1 U.S. 2007 American Eagle 1 troy oz. $50.00 gold coin, Ser No: Unknown; 1 U.S. 2006 American Eagle 1 troy oz. $50.00 gold coin, Ser No: Unknown; 2 U.S. 2005 American Eagle 1 troy oz. $50.00 gold coins, Ser No: Unknown; 1 U.S. 2003 American Eagle 1 troy oz. $50.00 gold coin, Ser No: Unknown; 1 U.S. 2002 American Eagle 1 troy oz. $50.00 gold coin, Ser No: Unknown; 1 U.S. 1999 American Eagle 1 troy oz. $50.00 gold coin, Ser No: Unknown; 3 U.S. 1998 American Eagle 1 troy oz. $50.00 gold coins, Ser No: Unknown; 1 U.S. 1987 American Eagle 1 troy oz. $50.00 gold coin, Ser No: Unknown; 2 U.S. 1986 American Eagle 1 troy oz. $50.00 gold coins, Ser No: Unknown; 140 U.S. 2013 American Silver Eagle 1 troy oz. $50.00 gold coins, Ser No: Unknown which was seized from Gail Choi on November 03, 2015 at ███ ███████████████████████████ located in Los Angeles, CA.

The custodian of the property is the United States Marshals Service located at 350 W. 1st Street, Suite 3001, Los Angeles, CA 90012.

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (August 14, 2017) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 312 N. Spring St., Rom G-8, Los Angeles, CA  90012, and copies of each served upon Assistant United States Attorney Yasin Almadani, 312 N. Spring St., 14th Floor, Los Angeles, CA 90012, or default and forfeiture will be ordered.  See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

Attachment 2



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between August 14, 2017 and September 12, 2017. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. $3,168,400.00 IN U.S. CURRENCY, ET AL.

**Court Case No:** CV 17-5766
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 08/14/2017 | 23.8 | Verified |
| 2 | 08/15/2017 | 24.0 | Verified |
| 3 | 08/16/2017 | 24.0 | Verified |
| 4 | 08/17/2017 | 24.0 | Verified |
| 5 | 08/18/2017 | 24.0 | Verified |
| 6 | 08/19/2017 | 24.0 | Verified |
| 7 | 08/20/2017 | 24.0 | Verified |
| 8 | 08/21/2017 | 24.0 | Verified |
| 9 | 08/22/2017 | 24.0 | Verified |
| 10 | 08/23/2017 | 24.0 | Verified |
| 11 | 08/24/2017 | 24.0 | Verified |
| 12 | 08/25/2017 | 24.0 | Verified |
| 13 | 08/26/2017 | 24.0 | Verified |
| 14 | 08/27/2017 | 24.0 | Verified |
| 15 | 08/28/2017 | 24.0 | Verified |
| 16 | 08/29/2017 | 24.0 | Verified |
| 17 | 08/30/2017 | 24.0 | Verified |
| 18 | 08/31/2017 | 24.0 | Verified |
| 19 | 09/01/2017 | 24.0 | Verified |
| 20 | 09/02/2017 | 24.0 | Verified |
| 21 | 09/03/2017 | 24.0 | Verified |
| 22 | 09/04/2017 | 24.0 | Verified |
| 23 | 09/05/2017 | 24.0 | Verified |
| 24 | 09/06/2017 | 24.0 | Verified |
| 25 | 09/07/2017 | 24.0 | Verified |
| 26 | 09/08/2017 | 24.0 | Verified |
| 27 | 09/09/2017 | 24.0 | Verified |
| 28 | 09/10/2017 | 24.0 | Verified |
| 29 | 09/11/2017 | 24.0 | Verified |
| 30 | 09/12/2017 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.