Pio S. Kim (SBN 156679)
**LIMNEXUS LLP**
1055 West Seventh Street, 28th Floor
Los Angeles, California 90017
Telephone: (213) 955-9500
Facsimile: (213) 955-9511
Email: pio.kim@limnexus.com

Attorneys for Claimant GAIL CHOI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$3,168,400.00 IN U.S. CURRENCY, $489,000.00 IN U.S. CURRENCY FROM A SAFE DEPOSIT BOX AT WILSHIRE STATE BANK, $200,000.00 IN U.S. CURRENCY FROM A SAFE DEPOSIT BOX AT BANK OF AMERICA, $138,401.14 IN BANK FUNDS FROM WILSHIRE STATE BANK, 72 GOLD BARS, AND 184 ASSORTED COINS,<br><br>Defendants. | Case No.: CV 17-05766<br><br>CLAIM OF INTEREST BY CLAIMANT GAIL CHOI |

Pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Action, claimant Gail Choi hereby declares that she claims ownership, beneficial, equitable and/or possessory interest in:

$3,168,400.00 IN U.S. CURRENCY, $489,000.00 IN U.S. CURRENCY FROM A SAFE DEPOSIT BOX AT WILSHIRE STATE BANK, $200,000.00 IN U.S. CURRENCY FROM A SAFE DEPOSIT BOX AT BANK OF AMERICA,

1  $138,401.14 IN BANK FUNDS FROM WILSHIRE STATE BANK, 72 GOLD
2  BARS, AND 184 ASSORTED COINS.
3
4      I, Gail Choi, declare under penalty of perjury under the laws of the United
5  States of America.  Executed on October 13, 2017 in Los Angeles, California.

             _____
                     GAIL CHOI