NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN
California Bar No. 190414
Assistant United States Attorney
Asset Forfeiture Section
    United States Courthouse
    312 North Spring Street, 14th Floor
    Los Angeles, California 90012
    Telephone: (213) 894-2727
    Facsimile: (213) 894-7177
    E-mail: Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 17-05766-PA (AFMx) |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| $3,168,400.00 IN U.S. CURRENCY, $489,900.00 IN U.S. CURRENCY FROM A SAFE DEPOSIT BOX AT WILSHIRE STATE BANK, $200,000.00 IN U.S. CURRENCY FROM A SAFE DEPOSIT BOX AT BANK OF AMERICA, $138,401.14 IN BANK FUNDS FROM WILSHIRE STATE BANK, 72 GOLD BARS, AND 184 ASSORTED COINS, | |
| Defendants. | |
| GAIL CHOI AND YUNEE LEE , | |
| Claimants. | |

    In accordance with Local Rule 16-15.7, Plaintiff United States of America is hereby notifying the Court that, pending approval by the United States Attorney for the Central District of California and

the United States Deputy Attorney General, a settlement has been reached between the parties that is dispositive of this case. Assuming that the settlement is approved by the United States Attorney and Deputy Attorney General, a stipulation and request to dismiss the action will be filed in the next 60 days. The Government requests that the Court take this case off its active calendar. Counsel for the Government will file a status report re: settlement in 60 days in the event that a request for dismissal has not been filed.

Dated: April 27, 2018　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　NICOLA T. HANNA
　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　LAWRENCE S. MIDDLETON
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　Chief, Criminal Division
　　　　　　　　　　　　　　　　　STEVEN R. WELK
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　Chief, Asset Forfeiture Section

　　　　　　　　　　　　　　　　　 */s/ Jonathan Galatzan*
　　　　　　　　　　　　　　　　　JONATHAN GALATZAN
　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA