NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
JONATHAN GALATZAN
California Bar No. 190414
Assistant United States Attorney
Asset Forfeiture Section
        United States Courthouse
        312 North Spring Street, 14th Floor
        Los Angeles, California 90012
        Telephone: (213) 894-2727
        Facsimile: (213) 894-0142
        E-mail: Jonathan.Galatzan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

### UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 17-05766-PA (AFMx) |
| Plaintiff, | **STIPULATION AND REQUEST TO DISMISS ACTION PURSUANT TO RULE 41(a)(2)** |
| v. | |
| $3,168,400.00 IN U.S. CURRENCY, $489,900.00 IN U.S. CURRENCY FROM A SAFE DEPOSIT BOX AT WILSHIRE STATE BANK, $200,000.00 IN U.S. CURRENCY FROM A SAFE DEPOSIT BOX AT BANK OF AMERICA, $138,401.14 IN BANK FUNDS FROM WILSHIRE STATE BANK, 72 GOLD BARS, AND 184 ASSORTED COINS, | |
| Defendants. | |
| GAIL CHOI AND YUNEE LEE , | |
| Claimants. | |

        Pursuant to Federal Rule of Civil Procedure 41(a)(2), and by the

signatures of the parties and/or their counsel hereunder, plaintiff

United States of America and claimants Gail Choi and Yunee Lee ("Claimants") hereby submit this stipulation and request to dismiss the government's Verified Complaint for Forfeiture pursuant to Federal Rule of Civil Procedure Rule 41(a)(2), with prejudice.

Claimants will and hereby do release the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, as well as all agents, officers, employees and representatives of any state or local government or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions or liabilities arising out of or related to the seizure and retention of the defendant assets and/or this civil forfeiture action, including, without limitation, any claim for attorneys' fees, costs or interest that may be asserted on behalf of Claimants against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise.

The defendant assets shall be returned to Claimants as follows:

1.  $74,754.99 plus interest actually earned thereon shall be returned to claimant Yunee Lee within 30 days of the entry of the order dismissing this matter, or Claimant's providing the government with the bank information and personal identifiers necessary to facilitate such payment under federal law, whichever is later; and

2.  $3,921,046.15, plus interest actually earned thereon, and 72 gold bars and 184 assorted coins shall be returned to claimant Gail Choi within 30 days of the entry of the order dismissing this matter or Claimant's providing the government with the bank information and personal identifiers necessary to facilitate such payment under federal law, whichever is later.

The parties stipulate and agree there was reasonable cause for the seizure of the defendant assets and the institution of this

action as to said defendants.  The order of dismissal shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

    IT IS SO STIPULATED.


Dated: June 7, 2018                Respectfully submitted,

                                NICOLA T. HANNA
                                United States Attorney
                                LAWRENCE S. MIDDLETON
                                Assistant United States Attorney
                                Chief, Criminal Division
                                STEVEN R. WELK
                                Assistant United States Attorney
                                Chief, Asset Forfeiture Section


                                 */s/ Jonathan Galatzan*
                                JONATHAN GALATZAN
                                Assistant United States Attorney

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA

Dated: June 7, 2018                LIMNEXUS LLP


                                 */s/ by e-mail authorization*
                                PIO S. KIM

                                Attorney for Claimant
                                GAIL CHOI


Dated: June 7, 2018                YUNEE LEE, pro se


                                 */s/ by e-mail authorization*
                                YUNEE LEE, pro se