UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$3,168,400.00 IN U.S. CURRENCY, $489,900.00 IN U.S. CURRENCY FROM A SAFE DEPOSIT BOX AT WILSHIRE STATE BANK, $200,000.00 IN U.S. CURRENCY FROM A SAFE DEPOSIT BOX AT BANK OF AMERICA, $138,401.14 IN BANK FUNDS FROM WILSHIRE STATE BANK, 72 GOLD BARS, AND 184 ASSORTED COINS,<br><br>    Defendants.<br><br>GAIL CHOI AND YUNEE LEE ,<br><br>    Claimants. | No. CV 17-05766-PA (AFMx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)(2)** |

    Pursuant to the stipulation and request of the parties, and good cause appearing therefor, IT IS ORDERED that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(2).

The defendant assets shall be returned to Claimants as set out in the parties' stipulation and request for dismissal.

There was reasonable cause for the seizure of the defendant assets and the institution of this action as to said defendants. This order of dismissal shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: June 7, 2018  _____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Prepared by:

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

  /s/ Jonathan Galatzan
JONATHAN GALATZAN
Assistant United States Attorney
Asset Forfeiture Section

2