U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See "Instructions for Service of Process by U.S. Marshal"

LOG # 1873  
JMS: 2

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | CV 17-5766-PA (AFMx) |
| DEFENDANT | TYPE OF PROCESS |
| $3,168,400.00 U.S. Currency, et al. | Execute Order Dismissing Case |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

AUSA Jonathan Galatzan  
312 North Los Spring Street, 14th Floor  
Los Angeles, CA 90012

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

FILED CLERK U.S. DISTRICT COURT JUL 3 - 2018 CENTRAL DISTRICT OF CALIFORNIA DEPUTY BY

RECEIVED C/CA 2018 JUN 14 AM 7:52 U.S. MARSHALS SERVICE

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Pursuant to the attached Order Dismissing Action with Prejudice Pursuant to Rule 41(a)(2), the defendant $3,921,046.15 plus interest and 72 gold bars and 184 assorted coins shall be returned to claimant Gail Choi through her attorney Pio S. Kim at LimNexus LLP, 1055 West 7th Street, 28th Floor, Los Angeles, CA 90017, telephone (213) 955-9500.  
CATS No.: 16-DEA-618624 ($3,168,400.00); 16-DEA-618625 ($200,000.00); 16-DEA-618627 ($138,401.14); 16-DEA-618628 ($489,900.00); 16-DEA-618630 (72 Gold Bars and 184 Assorted Coins)

| Signature of Attorney other Originator requesting service on behalf of: | ✓ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (213) 894-2727 | DATE 6/12/18 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 12 | District to Serve No. 12 | Signature of Authorized USMS Deputy or Clerk | Date 6/14/18 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address (complete only different than shown above) | Date 6/28/18 | Time 11:00 | ☒ am ☐ pm |
|---|---|---|---|
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) | |
|---|---|---|---|---|---|---|
| $65.00 | | | $65.00 | | $65.00 | |

REMARKS:  
16-DEA-618630 (72 GOLD BARS AND 184 ASSORTED COINS) RETURNED TO CLAIMANT THROUGH HER ATTORNEY ON JUNE 28, 2018. CURRENCY RETURNS WILL BE DOCUMENTED ON A SEPARATE USM_285

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285  
Rev. 12/15/80  
Automated 01/00